# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                      In Proceedings
                                                            Under Chapter 13
Gary L Hartman
                                                            BK 23–30046–lkg
        Debtor(s)

# ORDER

    This matter is before the Court on Russell C Simon's motion to withdraw document #13 Objection to Debtor's Claim of Exemptions that was filed on 3/17/2023.  The Court finds good cause to grant the requested relief. Accordingly, **IT IS ORDERED** that the motion to withdraw is **GRANTED** and the document described above is deemed withdrawn.

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: April 19, 2023                          /s/ Laura K. Grandy
                                                 UNITED STATES BANKRUPTCY JUDGE