**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY L. HARTMAN, | ) | |
| | ) | BK    23-30046 |
| Debtor. | ) | |

**ORDER**

 THIS MATTER is before the Court on the Debtor's Motion to Continue the hearing on the Trustee's First Amended Objection to Confirmation, presently scheduled for hearing on June 8, 2023. Said motion is GRANTED and the above-referenced hearing is rescheduled for July 6, 2023, at 9:00 a.m. in the Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois.

 Counsel for the moving party shall serve a copy of this order by mail to all interested parties not served electronically.

ENTERED: June 5, 2023

           /s/ Laura K. Grandy
           _____
           UNITED STATES BANKRUPTCY JUDGE/3