**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY L. HARTMAN, | ) | |
| | ) | BK    23-30046 |
| Debtor. | ) | |

## ORDER

THIS MATTER comes before the Court on the Debtor's Motion to Continue the hearing on the Trustee's First Amended Objection to Confirmation, which is presently scheduled for hearing on July 6, 2023. Upon the Debtor's representation that the Trustee has no objection, the Motion to Continue is GRANTED. The above-referenced hearing is rescheduled for July 20, 2023 at 9:00 a.m. in the United States Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties not served electronically.

ENTERED: July 5, 2023

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/3